-PS-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RICHARD C. CURTISS,

        Plaintiff,

        -v-

UNITED STATES OF AMERICA,
US DEPARTMENT OF AGRICULTURE,
TOM VILSACK, US Secretary of Agriculture,
US DEPARTMENT OF AGRICULTURE,
THE OFFICE OF THE INSPECTOR GENERAL
and PHYLLIS K. FONG, USDA Inspector General,

        Defendants.
_____

DECISION AND ORDER

15-CV-6722L

        Plaintiff Richard Curtiss has requested permission to proceed on appeal *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has met the statutory requirements.  Accordingly, plaintiff's request to proceed as a poor person is hereby granted.

        IT IS SO ORDERED.

        _____
        DAVID G. LARIMER
        United States District Judge

Dated: Rochester, New York
      March 7, 2016.